IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOWELL and GINA SMITH, individually, and on behalf of others similarly situated,

    Plaintiffs,

  v.

FLAGSTAR BANK, FSB, a federal savings bank, and DOES 1–100, inclusive,

    Defendants.

No. C 18-02350 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Flagstar Bank, FSB, and against plaintiffs Lowell and Gina Smith. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 21, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE